IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CRIMINAL FILE NO.<br>NO. 4:19-CR-24-TWT |
| ERICK DESHONE MCCONNELL, | |
| Defendant. | |

## ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 29] of the Magistrate Judge recommending that the Defendant's Motion to Suppress [Doc. 13] be DENIED. For the reasons set forth in the thorough and well-reasoned Report and Recommendation, there was probable cause to arrest the Defendant. The Defendant's Motion to Suppress [Doc. 13] is DENIED.

SO ORDERED, this 26 day of November, 2019.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

t:\orders\usa\19\419cr24\r&r.docx